UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JULIO ACOSTA DE VARGAS,

                              Plaintiff,

     -against-                            **ORDER**

                                              21-CV-3063 (WFK)(MMH)

MD BRUCE BIALOR *et al.*,

                              Defendants.
-----------------------------------------------------------------------x

**MARCIA M. HENRY**, United States Magistrate Judge:

      Julio Acosta de Vargas ("Plaintiff"), a former inmate at the Metropolitan Detention Center Brooklyn ("MDC"), brings this action against federal officials alleging his Eighth Amendment rights were infringed because of deficient medical care. He seeks damages under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

      Pursuant to the Court's Order on March 6, 2023 (*see* ECF No. 19), the United States Attorney's Office for the Eastern District of New York reports that the United States Marshals Service anticipates serving defendants MD Michael Borecky, MD Kevin Pigos, and PA Andrew Schumacher within the next week, and the Clerk of Court issued the amended summonses as to these defendants. By **July 7, 2023**, the United States Attorney's Office for the Eastern District of New York shall provide a status report on service.

1

2

The Clerk of Court is respectfully directed to mail a copy of this Order and the docket to *pro se* Plaintiff at the address of record on the docket: Julio Acosta De Vargas, # 79399-053, FCI Oakdale II, Federal Correctional Institution, P.O. Box 5010, Oakdale, LA 71463.

                                                                             **SO ORDERED.**

Dated:      Brooklyn, NY                                   /s/ Marcia M. Henry
                June 23, 2023                                   MARCIA M. HENRY
                                                             United States Magistrate Judge