**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------- x
JULIO ACOSTA DE VARGAS,                              :
                                                     :
                              Plaintiff,  :
                                                     :      **ORDER**
      -against-                                     :
                                                     :      21-CV-3063 (WFK)(MMH)
MD BRUCE BIALOR *et al.*,                            :
                                                     :
                           Defendants.  :
                                                     :
------------------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

       Julio Acosta de Vargas ("Plaintiff"), a former inmate at the Metropolitan Detention Center Brooklyn ("MDC"), brings this action against federal officials alleging his Eighth Amendment rights were infringed because of deficient medical care. He seeks damages under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

       Pursuant to the Court's Order on June 23, 2023 (*see* ECF No. 22), the United States Attorney's Office for the Eastern District of New York reports that the United States Marshals Service completed service on defendants MD Michael Borecky, MD Kevin Pigos, and PA Andrew Schumacher on July 5, 2023. All Defendants have been served with the summons and Complaint.

       As stated in the Court's Order dated March 6, 2023 (see ECF No. 19), Defendants shall answer or otherwise respond to the Complaint by **August 4, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order and the docket to *pro se* Plaintiff at the address of record on the docket: Julio Acosta De Vargas, # 79399-053, FCI Oakdale II, Federal Correctional Institution, P.O. Box 5010, Oakdale, LA 71463.

**SO ORDERED.**

| | |
|---|---|
| Dated:   Brooklyn, NY | /s/ Marcia M. Henry |
|             July 11, 2023 | MARCIA M. HENRY<br>United States Magistrate Judge |